## WEBB v. WHITESELL.

(Supreme Court, Appellate Term. March 24, 1904.)

1. MASTER AND SERVANT—DISCHARGE OF SERVANT—QUESTION FOR JURY.

Where a contract of employment and the servant's discharge before its expiration were admitted, and the testimony as to whether the discharge was without cause, or for cause, and as to whether the contract was terminated by mutual consent, was in sharp conflict, the case was for the jury.

Appeal from City Court of New York, Trial Term.

Action by Percy T. Webb against William W. Whitesell. From a judgment of the City Court for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and SCOTT and BLANCHARD, JJ.

Alfred Steckler, for appellant.

Michael J. Joyce, for respondent.

PER CURIAM. The contract and the discharge of the plaintiff before its expiration being admitted, the case presents a sharp conflict of testimony as to whether the discharge was without cause or

for cause, and as to whether the contract was terminated by mutual consent. The case was one for the jury, and it was fully and fairly submitted to them under a charge which carefully protected the rights of the defendant. Upon the whole case, no sufficient reason appears for disturbing the verdict.

Judgment and order affirmed, with costs.